THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE PAPERT, Appellant.

(Submitted June 4, 1935; decided July 11, 1935.)

*Ira H. Morris* for appellant.

*Daniel J. O'Mara, District Attorney (Harry L. Rosenthal* of counsel) for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.